IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:21-516 |
| v. | ) |
| | ) |
| ALLEGHENY HEALTH NETWORK, | ) Electronically Filed |
| and WESTERN PENN ALLEGHENY | ) |
| HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having been advised that Plaintiff Stephanie Lewis and Defendants Allegheny Health Network and Western Penn Allegheny Health System, Inc. have filed a Stipulation of Dismissal of the within action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED that this action is dismissed with prejudice as to all claims with each party to bear their own attorney's fees and costs.

**SO ORDERED** this 15th day of November 2021.

s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge